**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:18cv542 AJT/TCB |
| LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

### RULE 41 NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff National Rifle Association of America requests dismissal of this matter without prejudice.  Defendants Lockton Affinity Series of Lockton Affinity, LLC (f/k/a Lockton Risk Services, Inc.) and Kansas City Series of Lockton Companies, LLC have not filed an answer or a motion for summary judgment.

Dated:  May 29, 2018                                         Respectfully submitted,

                                                         /s/  Robert H. Cox
                                        James W. Hundley (VA Bar No. 30723)
                                        Robert H. Cox (VA Bar No. 33118)
                                        Amy L. Bradley (VA Bar No. 80155)
                                        BRIGLIA HUNDLEY, P.C.
                                        1921 Gallows Road, Suite 750
                                        Tysons Corner, VA  22182
                                        jhundley@brigliahundley.com
                                        rcox@brigliahundley.com
                                        abradley@brigliahundley.com
                                        Phone:  703-883-0880
                                        Fax:  703-883-0899

        William A. Brewer III (application for admission *Pro Hac Vice* to be filed)
        Michael L. Smith (application for admission *Pro Hac Vice* to be filed)
        BREWER, ATTORNEYS & COUNSELORS
        750 Lexington Avenue, Floor 14
        New York, New York 10022
        wab@brewerattorneys.com
        mls@brewerattorneys.com
        Phone:  (212) 489-1400
        Fax:  (212) 751-2849

        *ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, I served the foregoing via first-class mail, postage prepaid, to the following:

Lockton Affinity Series of Lockton, LLC
c/o Corporate Creations Network, Inc., R. A.
56802 Paragon Place, #410
Richmond, Virginia 23230

Kansas City Series of Lockton Companies, LLC
444 W. 47th Street, Suite 900
Kansas City, Missouri 64112

          /s/  Robert H. Cox
        James W. Hundley (VA Bar No. 30723)
        Robert H. Cox (VA Bar No. 33118)
        Amy L. Bradley (VA Bar No. 80155)
        BRIGLIA HUNDLEY, P.C.
        1921 Gallows Road, Suite 750
        Tysons Corner, VA  22182
        jhundley@brigliahundley.com
        rcox@brigliahundley.com
        abradley@brigliahundley.com
        Phone:  703-883-0880
        Fax:  703-883-0899

        *ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*