**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION<br>OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON<br>AFFINITY, LLC,<br><br>and<br><br>KANSAS CITY SERIES OF LOCKTON<br>COMPANIES, LLC,<br><br>        Defendants. | Civil Action No. 1:18-cv-542-AJT/TCB |

**STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

WHEREAS Plaintiff the National Rifle Association of America ("Plaintiff"), a New York

not for profit corporation, filed a Complaint and Jury Demand (the "Complaint") in this Court

against Defendants Lockton Affinity Series of Lockton Affinity, LLC ("Lockton Affinity") and

Kansas City Series of Lockton Companies, LLC ("Lockton KC," and collectively with Lockton

Affinity, "Defendants") on May 4, 2018; and

WHEREAS the Complaint alleged that this Court had subject matter jurisdiction pursuant to

28 U.S.C. § 1332(a) because Plaintiff and Defendants were citizens of different States; however, on

May 25, 2018, counsel for Defendants notified counsel for Plaintiff that at the time the Complaint

was filed, one member of Lockton Affinity was a citizen of Virginia and another member was a

citizen of New York, destroying complete diversity between the parties; and

WHEREAS, Defendants' counsel further informed Plaintiff on May 25, 2018, that, in the time since the Complaint had been filed, the membership composition of Lockton Affinity had changed, such that complete diversity would exist for purposes of 28 U.S.C. § 1332(a) if the lawsuit were re-filed; and

WHEREAS, counsel for Defendants and counsel for Plaintiff met and conferred on May 29, 2018, and agreed that, because Defendants could not waive subject-matter jurisdiction as measured at the time the Complaint was filed, in the interests of judicial economy the Complaint should be voluntarily dismissed and re-filed in this Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff the National Rifle Association of America and Defendants Lockton Affinity Series of Lockton Affinity, LLC and Kansas City Series of Lockton Companies, LLC, by and through their attorneys of record, that the Complaint shall be voluntarily dismissed pursuant to Fed. R. Civ. P. 41, without prejudice, as of May 29, 2018; AND IT IS FURTHER

STIPULATED AND AGREED that Plaintiff shall re-file its Complaint against the Defendants as a related matter in this Court and that the Complaint shall be deemed filed as of May 29, 2018; AND IT IS FURTHER

STIPULATED AND AGREED that the undersigned counsel for Defendants will appear on behalf of Defendants and accept service of the new, re-filed Complaint on behalf of the Defendants as of May 29, 2018; AND IT IS FURTHER

STIPULATED AND AGREED that the deadline for Defendants to answer or otherwise move regarding Plaintiff's re-filed Complaint shall be twenty-one (21) days from May 29, 2018 (on or before June 19, 2018).

Dated: May 29, 2018

So Ordered

Anthony J. Trenga
United States District Judge

05/30/2018

Respectfully submitted,

/s/  Robert H. Cox

James W. Hundley (VA Bar No. 30723)
Robert H. Cox (VA Bar No. 33118)
Amy L. Bradley (VA Bar No. 80155)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA  22182
jhundley@brigliahundley.com
rcox@brigliahundley.com
abradley@brigliahundley.com
Phone:  703-883-0880
Fax:  703-883-0899


William A. Brewer III (application for
admission *Pro Hac Vice* to be filed)
Michael L. Smith (application for admission
*Pro Hac Vice* to be filed)
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, Floor 14
New York, New York 10022
wab@brewerattorneys.com
mls@brewerattorneys.com
Phone:  (212) 489-1400
Fax:  (212) 751-2849

*ATTORNEYS FOR THE NATIONAL RIFLE
ASSOCIATION OF AMERICA*

/s/ Timothy J. McEvoy

Timothy J. McEvoy (VSB No. 33277)
CAMERON / MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030
(703) 460-9341
tmcevoy@cameronmcevoy.com

Of Counsel:

Scott A. Edelman
Tawfiq S. Rangwala
Brenton T. Culpepper
MILBANK, TWEED, HADLEY &
McCLOY LLP
28 Liberty Street
New York, NY 10005-1413
(212) 530-5000
sedelman@milbank.com
trangwala@milbank.com
bculpepper@milbank.com

*Counsel for Defendants
Lockton Affinity Series of Lockton Affinity,
LLC, and Kansas City Series of Lockton
Companies, LLC*

**Page 3**